Henry Wade, Dist. Atty., Thomas B. Thorp, A. D. Bowie, and George P. Blackburn, Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery; the punishment, 50 years.

The record on appeal contains no statements of facts or bills of exception. All proceedings are regular, and nothing is presented for review.

The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of misapplication of public funds; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**B. E. FREEMAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28299.

Court of Criminal Appeals of Texas.

May 2, 1956.

**Major COOK, Jr., Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28332.

Court of Criminal Appeals of Texas.

May 23, 1956.

